[REDACTED]

FILED
2021 FEB -3 AM 10:04
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

January 19, 2021

TO: Clerk of the
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

RE: Change Of Address in case: [Newson v. Boy Scouts of America, Adv. Proc. No. 20-02149

Dear Clerk Of Court,

    I am informing this Court/Parties of my transfer of prisons as follows:

OLD ADDRESS: [REDACTED]

NEW ADDRESS: [REDACTED]

Submitted and Dated this 19th day of January, 2021.

BY: [REDACTED]